No. 00–9959. MEYER *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–9960. JONES *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 00–9965. SANDERS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–9966. STINSON *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9977. JOHNSON *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 00–9978. JANNEH *v.* GRIFFEN ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–9986. MANGOLD *v.* ARKANSAS STATE HIGHWAY AND TRANSPORTATION DEPARTMENT. C. A. 8th Cir. Certiorari denied.

No. 00–9988. MANUEL SOLIS *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9991. MAYO *v.* GARRAGHTY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9993. PACK *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS (two judgments). C. A. 4th Cir. Certiorari denied.

No. 00–9994. DONAGHE *v.* GALAZA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9996. DAVIS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–9997. YBARRA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10001. THOMAS *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.